IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

[Ashley Black, Jaffrey Pullins], Plaintiff,

v. Case No. [1:25-CV-01112]

[BPM LLP, James Elliott, William J Emerson Heery, Craig Hamm, James Lichau, Ayinde Love, Mayweather Boxing & Fitness, Mayweather Boxing & Fitness Hollywood California and its employees, Victoria Olson, James Williams, Jacquelyn Augustine, Joe Coleman, Robert Cole, Floyd Mayweather Jr., Samaria Barnes, Isatou Marenah], Defendant.

## PLAINTIFF'S MOTION FOR AUTOMATIC JUDGMENT

**COMES NOW,** the Plaintiff, **[Plaintiff's Name]**, by and through their undersigned counsel (or pro se if applicable), and respectfully moves this Honorable Court for an **Automatic Judgment in favor of the Plaintiff** in this matter. In support of this motion, Plaintiff respectfully states the following:

### I. Background

1. The Plaintiff initiated this civil action in this Court on **January 31, 2025**, asserting claims of **harassment**, **stalking**, **cyberstalking**, **threats**, **attempted murder**, **attempted rape**, and violations of the Plaintiff's **constitutional rights**, including but not limited to **due process**, **privacy**, and **the right to be free from unlawful surveillance**.
2. The Plaintiff has alleged that the Defendants have engaged in a pattern of unlawful conduct causing significant emotional, financial, and physical harm, and have violated Plaintiff's **constitutional rights** and various **federal and state laws**.
3. Despite the initiation of the case and the request for service, the Defendants have failed to comply with the procedural requirements to properly serve them within the statutory time period, further causing undue prejudice to the Plaintiff and prolonging the harm and violations caused by the Defendants.
4. Additionally, the Court has, inadvertently or otherwise, breached its **Nondisclosure Agreement** and has improperly disclosed sensitive information related to this case, further violating the Plaintiff's **privacy rights** and amplifying the harm inflicted.

## II. Grounds for Automatic Judgment

1. **Violation of Constitutional Rights**: The Defendants' actions, including unlawful surveillance, retaliation, and defamation, constitute a direct violation of the Plaintiff's **constitutional rights** under the **Fourth Amendment** (unreasonable searches and seizures) and **Fifth Amendment** (due process and equal protection).
2. **Court's Breach of NDA**: The Plaintiff contends that the Court has breached its **Nondisclosure Agreement (NDA)** and improperly disclosed the Plaintiff's sensitive and confidential information, exacerbating the Plaintiff's vulnerability and harm. Such disclosure is in violation of the Plaintiff's **privacy rights** and constitutes further **prejudice** against the Plaintiff.
3. **Defendants' Misconduct and Delay**: Despite proper notice and service requests, the Defendants have failed to be served in a timely manner as per the Court's request of **28 days** for service. The ongoing delay in service and the failure to respond constitute misconduct and **unfairly delay** the Plaintiff's ability to pursue justice. This further prejudices the Plaintiff's case and compounds the damages and violations suffered.
4. **Pattern of Harassment and Violence**: The Defendants' continued actions of harassment, stalking, threats, attempted murder, attempted rape, and related illegal acts further substantiate the Plaintiff's claim for **automatic judgment**. The Plaintiff has been subjected to continuous and severe harm, and no reasonable legal action or remedy has been offered by the Defendants to stop or remedy their unlawful actions.
5. **Failure to Address Plaintiff's Claims**: The Defendants have failed to answer or address the Plaintiff's claims in a meaningful or timely manner. The Plaintiff's claims are thus deemed **uncontested**, and the Plaintiff respectfully requests that an **automatic judgment** be entered in favor of the Plaintiff for **all claims** brought before this Court.
6. **Violation of Due Process**: The Defendant's failure to respond, delay tactics, and ongoing harassment, coupled with the **Court's breach of confidentiality**, have severely undermined the Plaintiff's right to a fair trial, further necessitating an automatic judgment for the Plaintiff.

## III. Requested Relief

Plaintiff requests the following relief in connection with the automatic judgment:

1. **Immediate Payment of Damages**: A judgment for the Plaintiff in the amount of **$180,000,000,000,000** (One Hundred Eighty Trillion Dollars), with the option to increase this amount if the harassment continues. Defendants must make full payment within **30 days** of receipt of service, with at least **$6 billion** paid in full within this time period. Any remaining balance will be due with **15% interest** after the initial 30-day period, with payments to be made weekly as agreed upon.
2. **Cease and Desist**: An **Immediate Cease and Desist Order** prohibiting the Defendants from further harassment, threats, stalking, or any other harmful actions toward the Plaintiff or their family members.
3. **Restraining Order**: Issuance of a **Restraining Order** against the Defendants to ensure the safety of the Plaintiff's family, including protection from future harassment and harm.
4. **Federal Criminal Charges**: Plaintiff requests that **federal criminal charges** be filed against the Defendants for violations of:
    a. **Tort claims**
    b. **Constitutional rights violations**
    c. **Aggravated cyberstalking, harassment, and stalking**
    d. **Attempted murder and rape**
    e. **Defamation of character**
    f. **Racketeering**, and related crimes as set forth in the original filing.
5. **Counseling and Medical Support**: The Court shall order that the Defendants pay for **all counseling, therapy, medical, and psychological sessions** required by the Plaintiff and their family to address the trauma caused by the Defendants' actions.
6. **Court-Ordered Transportation**: The appointment of a **court-appointed transportation officer** to ensure the safety of the Plaintiff, including transportation to and from Court proceedings.
7. **Full Disposal of Defendants' Electronics**: Plaintiff requests the **disposal** of all **electronics or devices** owned by the Defendants that may be used to track, harass, or further harm the Plaintiff or violate their privacy.
8. **Complete Compliance with All Demands**: Full compliance with all demands set forth in the Plaintiff's original civil filing, including the demands for damages, cessation of harmful actions, and compensation for emotional, physical, and financial harm caused.
9. **Attorney Fees**: That the Defendants be required to pay **all court fees, legal fees, property appraiser fees**, and any additional related costs associated with the Plaintiff's claims and this motion.
10. **Immediate Trial and Judgment**: Plaintiff requests that the case be brought to trial without delay and that an **automatic judgment** be entered in favor of the Plaintiff

due to Defendants' misconduct, failure to respond, and failure to serve in a timely manner.

## IV. Conclusion

For the reasons stated above, Plaintiff respectfully requests that the Court grant an **automatic judgment** in favor of the Plaintiff and provide the relief requested, including immediate payment of damages, issuance of restraining orders, and the filing of criminal charges against the Defendants.

Dated: March 14, 2025

 Respectfully submitted,

Ashley Black

Ablack0927@gmail.com

630-366-3911

## Requested Relief

WHEREFORE, Plaintiff respectfully requests the following relief from this Honorable Court:

1. **Collective Responsibility**: That all responsible parties be held collectively liable for the actions described herein and ordered to comply with the demands outlined below.
2. **Immediate Cease and Desist**: An immediate Court order requiring all parties involved to cease and desist from any further harassment, threats, stalking, or any harmful actions directed at the Plaintiffs, their families, or any associated persons.
3. **Payment of Damages**: Payment of damages in the amount of **$180,000,000,000,000** (One Hundred Eighty Trillion Dollars), with the option for this amount to be increased if the harassment continues. This payment is to be made collectively by all responsible parties within **30 days** of receipt of service, without prejudice. Of this amount, **a minimum of $6 billion** must be paid in full within the 30-day period, with the remaining balance to be paid in weekly installments as agreed upon. Furthermore, if the agreed amount is not paid in full within the 30 days, an additional **15% interest** will be applied to the remaining balance, and the case may be brought back before the court to enforce the payment.
4. **Court's Breach of NDA**: Notification that the Court has breached the terms of the nondisclosure agreement (NDA) between the parties, resulting in the unlawful disclosure of sensitive information. The Court's breach of this NDA must be addressed and rectified to ensure the Plaintiff's constitutional and privacy rights are upheld.
5. **Violation of Rights**: Acknowledgment and notification that the Defendants' actions constitute a violation of Plaintiff's constitutional rights and tort claims, including but not limited to:
    a. **Tort claims**
    b. **Constitutional rights violations**
    c. **Aggravated cyberstalking**
    d. **Aggravated stalking**
    e. **Aggravated harassment**
    f. **Racketeering**
    g. **Retaliation**
    h. **Attempted murder**

      i. **Attempted rape**
      j. **Attempted rape of a minor**
      k. **Attempted robbery**
      l. **Theft**
      m. **Attempted kidnapping**
      n. **Defamation of character**
      o. **Identity theft**
      p. **Computer Fraud and Abuse Act**
      q. **Attempted distribution of pornography to a minor**

6. **Restraining Orders**: The issuance of an **Immediate Restraining Order** against all involved parties to ensure the safety and protection of Plaintiff's family and other persons at risk due to the actions of the Defendants.

7. **Compliance with Original Demands**: Full and immediate compliance with all demands listed in the Plaintiff's original civil filing.

8. **Psychological and Physical Health Support**: The payment for **all counseling, psychological therapy, physical therapy, and medical sessions** required by the Plaintiff, their family members, and any other affected individuals to address the trauma caused by the Defendants' actions. This includes the Plaintiff's daughter and any other plaintiffs, as necessary.

9. **Confidentiality of Plaintiff's Address**: That Plaintiff's address be omitted from all court paperwork and filings to protect their privacy and safety.

10. **Co-Plaintiff's Demand**: Co-Plaintiff Jaffrey Pullins requests damages of **$40,000,000** (Forty Million Dollars), with the option for this amount to be increased if the harassment continues. Payment is to be made collectively by all responsible parties within **30 days** of receipt of service, with a minimum of **$3 million** paid in full within the 30-day period, and the remaining balance to be paid in weekly installments as agreed upon.

11. **Court-Ordered Transportation**: The appointment of a **court-appointed transportation officer** for the Plaintiffs, including Jaffrey Pullins, to ensure safe travel to and from court proceedings.

12. **Speedy Trial**: A **Speedy Trial Request** to ensure that justice is served promptly, without unnecessary delays that would prolong the harm caused by the Defendant's actions.

13. **Additional Remedies**: Any additional remedies deemed **righteous and just** by the Court for the threats and harm inflicted on the Plaintiffs, their families, and co-Plaintiffs, including Jaffrey Pullins.

14. **Payment Guarantee**: The Court orders a guaranteed method of payment within **30 days** to ensure compliance with these demands. This is critical due to Defendants' threats regarding failure to follow through with the settlement.
15. **Security of Information**: Given ongoing threats and concerns about surveillance, hacking, and further privacy violations, Plaintiff requests that the Court order **the full disposal** of any electronics or devices belonging to the Defendants that may be used to retrieve or store sensitive information related to the Plaintiffs.
16. **Automatic Judgment**: Due to the Defendants' misconduct, unethical practices, and violation of the Plaintiffs' constitutional rights, the Plaintiffs request **automatic judgment in their favor**. This request is based on the unfair trial caused by Defendants' corrupt actions, and ongoing violation of the Plaintiffs' constitutional rights.
17. **Federal Criminal Charges**: The Plaintiffs request that **federal criminal charges** be filed against the Defendants for violations of criminal law, including but not limited to the charges listed above.
18. **Fees and Debts**: The Defendants shall be held financially responsible for all **court fees, lawyer fees, property appraiser fees**, and any **taxes or debts** related to any properties connected to the Defendants. Additionally, the Plaintiffs request that all payments made by the Defendants be mediated by a **lawyer** to ensure the safety of the Plaintiffs and prevent further harassment.
19. **Unserved Defendants**: This case, filed on **January 31, 2025**, includes a **28-day request for service of process**. The Defendants have not yet been served. The Plaintiffs argue that this delay contributes to the **prejudice** and further **violation of constitutional rights**. Therefore, the Plaintiffs request that the Court immediately serve the Defendants and bring the case before the **Federal Judge** without further delay.

## Conclusion

Plaintiffs respectfully request that this Court grant the relief outlined above, including the immediate cease and desist of harmful actions, the payment of substantial damages, the issuance of restraining orders, and any further relief deemed appropriate by the Court. The Plaintiffs also request that all constitutional rights violations, misconduct, and delays be addressed promptly and thoroughly to ensure justice is served.

Dated: March 14,2025
Respectfully submitted,
**Ashley Black**